UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MACK WELLS and MAURICE
SYMONETTE,

     Plaintiffs,

v.                            **Case No: 8:24-cv-2037-MSS-UAM**

U.S. BANK TRUST COMPANY,
NATIONAL ASSOCIATION,

     Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. Plaintiffs have filed a "Motion for Change of Venue of Our Writ of Replevin from Dade County Courts and Dade County Federal Southern District Court to Pinellas County Court Florida Stat. Ch. 78.01 & 28 U.S.C. 1391 Venue and 1404(a) title 28 Rule 64 of the Federal Rules of Civil Procedure"(Dkt. 1); Motion to change Venue (Dkt. 6); and CORRECTED Motion to Change Venue/Transfer Case (Dkt. 7). For the reasons set forth below, these "Motions" are **DENIED** and Plaintiffs' action is **DISMISSED.**

First, Plaintiffs' motion for change of venue is not a complaint. To initiate an action in federal court, Plaintiffs must file a complaint clearly setting forth the relief they seek. See Fed. R. Civ. P. 8. The motion for change of venue fails to do so.

Second, Plaintiffs' motion for change of venue must be filed and ruled upon in the Southern District of Florida, Case No. 23-cv-22640-JEM, as the matter is

pending in that Court. See Pete v. Fla. Dep't of Corr., No. 4:13-cv-330-RH/CAS, 2013 U.S. Dist. LEXIS 113363 at *1 (N.D. Fla. July 1, 2013) (noting that "[i]f . . . Plaintiff is attempting to transfer a case already proceeding in another federal court, such a motion must be filed in the court where the case is currently pending."), report and recommendation adopted by, 2013 U.S. Dist. LEXIS 113368 (N.D. Fla. Aug. 11, 2013) (dismissing case without prejudice).

Third, Plaintiffs have failed to pay the filing fee to file this civil action and have not moved for leave to proceed *in forma pauperis*. See M.D. Fla. L.R. 6.03. In any event, until and unless the matter is resolved or transferred by the Southern District, Plaintiffs cannot engage in forum shopping to seek to have the matter heard in this Court while it is simultaneously pending in another Court.

Upon consideration of the foregoing, the Court hereby **ORDERS** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of November 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person