# THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

MACK WELLS and MAURICE SYMONETTE

PLAINTIFF                                    CASE# 24-cv-02037-MSS-LSG

V.

U.S. BANK NA., JUDGE LINDSAY S. GRIFFIN

DISTRICT JUDGE OF THE UNITED STATES DISTRICT

COURT FOR THE MIDDLE DISTRICT OF FLORIDA,

DEFENDANTS

_____/



U.S. COURT OF APPEALS
RECEIVED
CLERK
APR 07 2025
ATLANTA, GA

## NOTICE OF APPEAL

COMES NOW Maurice Symonette and Mack Wells with notice of appeal on Case# 24-cv-02037-MSS-LSG against Judge's Order Dismissing Plaintiffs Case without Prejudice in violation of Fl. Stat. 78. Federal Rule 12 (a)(1)(A) and Rule 1002 and 1001. See order exh. A. there was no way that this Case should have been dismissed because U.S. Bank never showed proof of ownership of the Note on the property on this Replevin Case!

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true an correct copy of the forgoing has been furnished by U.S. Mail to

_Mack Wells_
Mack Wells
15020 S. River Dr.
Miami Fl. 33167

_Maurice S._
Maurice Symonette
15020 S. River Dr.
Miami Fl. 33167

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 8, 2025

Mr. Mack Wells
Mr. Maurice Symonette
15020 S. River Dr.
Miami, FL 33167

**This notice is to acknowledge receipt of your document(s) on _____ April 7, 2025 _____.**

**Your document(s) will be handled as described below:**

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ You requested a specific form. The Court does not offer a form related to your request. No action will be taken on your document(s).

☐ Your request for an extension of time to file a notice of appeal will be submitted to the district court. No action will be taken in this Court on your document(s).

☐ Except as noted above, this Court does not act on requests for an extension of time submitted without an existing case or appeal. No action will be taken on your document(s).

☐ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

☒ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal <u>with the district court</u> within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be sent to the district court.

☐ The Clerk's Office is unable to discern whether your document(s) may be or may serve as a notice of appeal. Out of an abundance of caution, your document(s) will be sent to the district court under FRAP 4(d) to be processed as the district court deems appropriate. No action will be taken in this Court on your document(s).

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☒ Other:

Your Notices of Appeal are being forwarded to the U.S. District Court (MFL-Tampa) for filing in respective case nos. 8:24-cv-01806-MSS-AAS and 8:24-cv-02037- MSS-LSG, U.S. Bank National Association v. Wells, et al.

Rev. 4/21   EKG

